IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET PERKINS,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-06347-MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

By order filed November 10, 2016, the Court directed plaintiff to submit forthwith a chambers copy of her complaint, filed November 1, 2016, to facilitate the Court's review of the case. Plaintiff has not complied with the Court's order. Plaintiff is hereby again DIRECTED to submit forthwith a chambers copy of her complaint.

Parties are expected to comply with court orders without repeated reminders. Accordingly, plaintiff is hereby advised that the Court will impose sanctions for further failures to comply, including, but not limited to, striking from the record any further manually filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 18, 2016

                                              MAXINE M. CHESNEY
                                              United States District Judge