1  Valerie McConnell (State Bar No. 274159)
   vmcconnell@jonesday.com
2  JONES DAY
   Silicon Valley Office
3  1755 Embarcadero Road
   Palo Alto, CA 94303
4  Telephone:   +1.650.739.3939
   Facsimile:   +1.650.739.3900
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | JANET PERKINS, | Case No. 3:16-cv-06347-MMC |
11 | Plaintiff, | Assigned to: Judge Maxine M. Chesney |
12 | v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
13 | EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL., | |
14 | | |
15 | Defendants. | |

18    Plaintiff Janet Perkins ("Plaintiff") filed her Complaint in this action on November 1,
19 2016 and served Defendant Experian Information Solutions ("Experian") on November 22, 2016,
20 at the same time that Plaintiff's attorney served numerous other complaints on Experian.  Given
21 the large volume of complaints requiring a response from Experian at the same time, and in
22 accordance with Local Rule 6-1(a), Plaintiff and Experian have agreed to an extension for
23 Experian to answer or otherwise respond to the Complaint to February 1, 2017.  To the extent that
24 Experian files a motion to dismiss in this case, for the same considerations, Experian agrees that
25 Plaintiff shall have 30 days to respond.  Experian will thereupon have 21 days for any reply.
26    Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and Experian, that
27 the deadline for Experian to answer or otherwise respond to the Complaint is extended until
28 February 1, 2017, Plaintiff's deadline to respond to any motion to dismiss is extended to 30 days

from filing, and Experian's deadline to reply in support of a motion to dismiss is extended to 21 days from filing the opposition.

Dated:  December 5, 2016

*/s/ Elliot W. Gale*
Elliot W. Gale (SBN 263326)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tele.:  (408) 279-2288
Fax:    (408) 279-2299
Email:  egale@sagarialaw.com

Attorneys for Plaintiff
Janet Perkins

Dated:  December 5, 2016

*/s/ Valerie McConnell*
Valerie McConnell (State Bar No. 274159)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tele.:  (650) 739-3939
Fax:    (650) 739-3900
Email:  vmcconnell@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

### ECF CERTIFICATION

I, Valerie McConnell, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 5th day of December, 2016, at Palo Alto, California.

*/s/ Valerie McConnell*
Valerie McConnell (State Bar No. 274159)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tele.:  (650) 739-3939
Fax:    (650) 739-3900
Email:  vmcconnell@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

1

## ~~[PROPOSED]~~ ORDER

2   The Court, having considered the parties' Joint Stipulation for Extension of Time to
3   Respond to the Complaint, hereby ~~Extend~~ extends Experian Information Solutions, ~~Inc~~ Inc.'s deadline to
4   answer or otherwise respond to the Complaint to February 1, 2017.

5   **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**  It is further ordered that, in
6   the event a motion to dismiss is filed, the parties' proposed briefing schedule shall apply.

7   DATED:  December 6, 2016

8   _____
    The Honorable Maxine M. Chesney
9   United States District Judge

JOINT STIP AND ~~[PROPOSED]~~ ORDER  FOR EXT OF
TIME TO RESPOND TO COMPLAINT
Case No. 3:16-cv-06347-MMC

- 3 -