IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET PERKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-06347-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference in the above-titled action has been scheduled for February 3, 2017.  One of the three defendants,[1] Equifax, Inc., filed a motion to dismiss on December 27, 2016, and noticed said motion for hearing on February 3, 2017.

In light of the pending motion to dismiss, the Case Management Conference is hereby CONTINUED to May 12, 2017, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than May 5, 2017.

**IT IS SO ORDERED.**

Dated: January 5, 2017

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The other two defendants, Experian Information Solutions, Inc. and Sterling Jewelers, Inc. have not filed a response.