1    Valerie McConnell (SBN 274159)
     vmcconnell@jonesday.com
2    JONES DAY
     Silicon Valley Office
3    1755 Embarcadero Road
     Palo Alto, CA  94303
4    Telephone:      +1.650.739.3939
     Facsimile:      +1.650.739.3900
5

6    Attorneys for Defendant
     EXPERIAN INFORMATION SOLUTIONS, INC.
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   JANET PERKINS,                          Case No. 3:16-cv-06347-MMC

13                   Plaintiff,              Assigned to:  Maxine M. Chesney

14          v.
                                            **SECOND JOINT STIPULATION AND
15   EXPERIAN INFORMATION SOLUTIONS,        [PROPOSED] ORDER FOR
     INC.; ET AL.,                          EXTENSION OF TIME TO RESPOND
16                                          TO COMPLAINT**
                     Defendants.
17

18

19

20          On November 1, 2016, Plaintiff Janet Perkins ("Plaintiff") filed a Complaint in this action,

21   one of many Complaints filed by Plaintiff's counsel on the same day.  Shortly thereafter, Plaintiff

22   and Experian agreed to an extension for Experian to answer or otherwise respond to the

23   Complaint by February 1, 2017.

24          In accordance with Local Rule 6-1(a), Plaintiff and Experian now agree to a second

25   extension for Experian to answer or otherwise respond to the Complaint.  Experian's response to

26   Plaintiff's Complaint is due February 28, 2017.  To the extent that Experian files a motion to

27   dismiss in this case, Experian agrees that Plaintiff shall have 30 days to respond.  Experian will

28   thereupon have 21 days for any reply.

1   This further extension is necessary given Experian's pending motion to consolidate this

2   case with the many other cases filed by Plaintiff's counsel, as well as Experian's pending motions

3   to dismiss numerous other Complaints filed by Plaintiff's counsel, which raise legal issues that

4   are identical to the ones presented by Plaintiff's Complaint.

5   Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and Experian, that

6   the deadline for Experian to answer or otherwise respond to the Complaint is extended until

7   February 28, 2017.  Plaintiff's deadline to respond to any motion to dismiss is extended to 30

8   days from filing, and Experian's deadline to reply in support of a motion to dismiss is extended to

9   21 days from filing the opposition.

10

11   Dated:  January 9, 2017

/s/ Elliot W. Gale
Elliot W. Gale (SBN 263326)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tele.:  (408) 279-2288
Fax:    (408) 279-2299
Email:  egale@sagarialaw.com

Attorneys for Plaintiff
Janet Perkins

18   Dated:  January 9, 2017

/s/ Valerie McConnell
Valerie McConnell (SBN 274159)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tele.:  (650) 739-3939
Fax:    (650) 739-3900
Email:  vmcconnell@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

1

## **ECF CERTIFICATION**

2        I, Valerie McConnell, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence

3   to the filing of this document has been obtained from each signatory hereto.

4        Executed this 9th day of January, 2017, at Palo Alto, California.

5

6                                                   */s/ Valerie McConnell*
                                                    Valerie McConnell (SBN 274159)
7                                                   JONES DAY
                                                    1755 Embarcadero Road
8                                                   Palo Alto, CA  94303
                                                    Tele.:  (650) 739-3939
9                                                   Fax:    (650) 739-3900
                                                    Email:  vmcconnell@jonesday.com
10
                                                    Attorneys for Defendant
11                                                  Experian Information Solutions, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2        The Court, having considered the parties' Second Joint Stipulation for Extension of Time

3   to Respond to the Complaint, hereby extends Experian Information Solutions, Inc.'s ("Experian")

4   deadline to answer or otherwise respond to the Complaint to February 28, 2017.  Plaintiff's

5   deadline to respond to any motion to dismiss is extended to 30 days from filing of said motion, and Experian's

6   deadline to reply in support of a motion to dismiss is extended to 21 days from filing the

7   opposition.

8   **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

9

10  DATED: _____January 10, 2017_____          _____

11                                              The Honorable Judge Maxine M. Chesney
                                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28