SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET PERKINS, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et. al., <br><br><br> Defendant. | Case No.: 3:16-CV-06347-MMC <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> AND ORDER VACATING HEARING ON EXPERIAN'S MOTION TO DISMISS |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Janet Perkins and defendant Experian Information Solutions, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties anticipate that this matter will be dismissed within 45 days.

//

//

//

//

NOTICE OF SETTLEMENT - 1

| | |
|---|---|
| | **Sagaria Law, P.C.** |
| Dated:   March 29, 2017 | /s/ *Elliot Gale* |
| | Elliot Gale |
| | Attorneys for Plaintiff |
| | Janet Perkins |
| | |
| | **Jones Day** |
| Dated:   March 29, 2017 | /s/ *Benjamin Lee* |
| | Benjamin Lee |
| | Attorneys for Defendant |
| | Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Lee has concurred in this filing.

*/s/ Elliot Gale*

## ORDER

In light of the parties' notice of settlement, the May 5, 2017, hearing on defendant Experian Information Solutions, Inc.'s ("Experian") motion to dismiss is hereby VACATED, without prejudice to Experian's renoticing the motion in the event the settlement is not effectuated.

Dated:  March 29, 2017

MAXINE M. CHESNEY
United States District Judge