IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05687-MMC<br><br>**ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 22, 32, 46 |
| TERESA ROBLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>　　　　Defendants. | Case No. 16-cv-05693-MMC<br><br>**ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 26, 31, 40 |
| WILHELMINE MADEIROS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06338-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 34 |
| JANET PERKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06347-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

| | |
|---|---|
| LACY ROSE,<br><br>              Plaintiff,<br><br>   v.<br><br>EQUIFAX, INC., et al.,<br><br>              Defendants. | Case No. 17-cv-00419-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court are eight motions to dismiss, all set for hearing on April 7, 2017: (1) defendant Experian Information Solutions, Inc.'s ("Experian") motion, filed November 15, 2016, in Case No. 16-5687; (2) Experian's motion, filed November 15, 2016, in Case No. 16-5693; (3) defendant Equifax, Inc.'s ("Equifax") motion, filed December 19, 2016, in Case No. 16-5687; (4) defendant Wells Fargo Bank, National Association's motion, filed December 19, 2016, in Case No. 16-5693; (5) Equifax's motion, filed December 27, 2016, in Case No. 16-5693; (6) Equifax's motion, filed December 27, 2016, in Case No. 16-6347; (7) Equifax's motion, filed January 11, 2017, in Case No. 16-6338; and (8) defendant Credit One Bank, National Association's motion, filed January 13, 2017, in Case No. 16-5687.

Also before the Court is defendant TD Bank USA, National Association's motion to dismiss, filed March 17, 2017, in Case No.17-419, and set for hearing on April 28, 2017.

The above-referenced motions present common questions of law pertaining to how a debt should be reported after a debtor has filed for protection under the Bankruptcy Act and the bankruptcy court has confirmed a reorganization plan. In the interests of judicial economy, the Court finds it preferable to hold a hearing on the above-referenced motions to dismiss on a single date.

Accordingly, the Court hereby CONTINUES the hearings in the eight above-referenced motions filed in Case Nos. 16-5687, 16-5693, 16-6338, and 16-6347, to April 28, 2017, at 9:00 a.m.

Further, the Initial Case Management Conferences in each of the above-referenced five cases is hereby CONTINUED from May 12, 2017 to June 16, 2017, at 10:30 a.m. A Joint Case Management Statement shall be filed in each case no later than

2

June 9, 2017.

**IT IS SO ORDERED.**

Dated: March 29, 2017

_____
MAXINE M. CHESNEY
United States District Judge