| | |
|---|---|
| 1 | Scott Sagaria (Bar # 217981) |
| 2 | Elliot Gale (Bar # 263326) |
|   | Joe Angelo (Bar # 268542) |
| 3 | Sagaria Law, P.C. |
|   | 2033 Gateway Place, 5th Floor |
| 4 | San Jose, CA 95110 |
|   | Telephone: (408) 279-2288 |
| 5 | Fax: (408) 279-2299 |

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

Janet Perkins,

        Plaintiff,

vs.

Experian Information Solutions, Inc., et. al.,

        Defendants.

Case No. 3:16-cv-06347-MMC

**STIPULATION BETWEEN PLAINTIFF JANET PERKINS AND DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX, INC. TO CONTINUE HEARINGS ON MOTIONS TO DISMISS; [PROPOSED] ORDER**

Date: April 28, 2017
Time: 9:00 a.m.
Judge: Hon. Maxine M. Chesney
Courtroom: 7
Floor: 19
Location: 450 Golden Gate Ave
San Francisco, CA 94102-3489

    Plaintiff Janet Perkins ("Plaintiff") and Defendants Experian Information Solutions, Inc. and Equifax, Inc. (collectively "Parties") hereby stipulate, subject to the approval of the Court, to continue the hearings on the motions to dismiss filed by defendants Experian Information Solutions, Inc. [Docket #39] and Equifax, Inc. [Docket #21] scheduled for April 28, 2017 to Friday, May 12, 2017 at 9:00 a.m. or a later date and time that is convenient for the Court.

    Plaintiff's counsel will be attending a conference in Southern California and will unavailable to make an appearance at the hearings as currently calendared. Plaintiff has selected the first available date, as understood by Plaintiff, that the Honorable Judge Chesney has available to hear the aforementioned motions.

1

STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS

Dated: April 20, 2017                    Sagaria Law, P.C.

                                         By:    */s/ Elliot Gale*
                                                Elliot Gale
                                                Attorney for Janet Perkins


Dated: April 20, 2017                    Jones Day

                                         By:    */s/ Benjamin Chung Lee*
                                                Benjamin Chung Lee
                                                Attorney for Experian Information Solutions, Inc.


Dated: April 20, 2017                    Nokes & Quinn, APC

                                         By:    */s/ Thomas P. Quinn, Jr.*
                                                Thomas P. Quinn, Jr.
                                                Attorney for Equifax, Inc.


## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I, Elliot Gale, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2017 at San Jose, California.

                                                */s/ Elliot Gale*

*//*
*//*
*//*
*//*
*//*
*//*
*//*

# ~~PROPOSED~~ ORDER

Having reviewed the Stipulation to Continue Hearings on the Motions to Dismiss, and for good cause appearing,

The Stipulation is approved. The hearing(s) on ~~the aforementioned Motions~~ Equifax's Motion to Dismiss is ~~are~~ continued from April 28, 2017 at 9:00 a.m. to Friday, May ~~12~~ 19, 2017 at 9:00 a.m.[1]

**IT IS SO ORDERED.**

Dated: April 24, 2017

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney

---

[1] By order filed March 29, 2017, the Court, in light of plaintiff's Notice of Settlement, vacated the hearing on Experian's motion to dismiss.