IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC.,<br><br>    Defendant. | Case No. 16-cv-06347-MMC<br><br>**ORDER SETTING ASIDE ORDER STRIKING AMENDED COMPLAINT**<br><br>Re: Dkt. No. 52 |

By order filed July 26, 2017, the Court struck plaintiff's Amended Complaint from the record as a sanction for plaintiff's failure to submit a chambers copy of her Amended Complaint, as directed by the Court's order of July 17, 2017.  On August 2, 2017, plaintiff's counsel filed a declaration in Case No. 16-5687, which declaration not only addressed matters raised in that action, but in the above-titled action as well.  Having read and considered said declaration, and, on August 14, 2017, having received a chambers copy of the Amended Complaint, the Court accepts the explanation provided and, in light thereof, the Court's July 26, 2017 order striking the Amended Complaint in the above-titled action is hereby SET ASIDE and VACATED.

**IT IS SO ORDERED.**

Dated: August 16, 2017

MAXINE M. CHESNEY
United States District Judge