SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Janet Perkins

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET PERKINS, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 3:16-CV-06347-MMC <br><br> STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Janet Perkins and defendant Experian Information Solutions, Inc., ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 1

DATED:  October 30, 2017        Sagaria Law, P.C.

                                By:  _____/s/ Elliot W. Gale_____
                                         Elliot W. Gale
                                Attorneys for Plaintiff
                                Janet Perkins


DATED:  October 30, 2017        Jones Day



                                By:  _____/s/ Ben Lee_____
                                         Ben Lee
                                Attorneys for Defendant
                                Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Ben Lee has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice and ~~that~~ each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 6, 2017                    *[signature]*
                                           MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 2